No. 95–1817. KORNMAN ET VIR, INDIVIDUALLY AND ON BE-HALF OF THEIR DEPENDENT SON, KORNMAN v. BLUE CROSS/BLUE SHIELD OF LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 95–1857. STEPHEN M. v. PAMELA N. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–1866. $227,865 IN UNITED STATES CURRENCY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1894. LIBERTY NATURAL PRODUCTS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 95–6488. WILLIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6724. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7323. HOFMANN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 95–7955. CRETACCI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7986. RODRIGUEZ v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8005. SHARP v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 95–8121. BOTERO-OSPINA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8248. REESE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8276. TOKERUD v. CAPITOLBANK SACRAMENTO. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–8299. EARLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.